(Rev. 4/97)

ORIGINAL

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Ivan W. Mendez
(Enter above the full name of the plaintiff in this action)

05-303

V.

Delaware Correctional Center

FILED
MAY 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Enter above the full name of the defendant(s) in this action

I. Previous lawsuits

  A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
  YES [X]    NO [ ]

  B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

  1. Parties to this previous lawsuit

  Plaintiffs as all of you know it all very well detailed

  Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _Since when I was at S.C.I. in Georgetown DE._

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [ ] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

1. What steps did you take? _As all of you know it all very well detailed_

2. What was the result? _More worst the access against myself_

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [X] No [ ]

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _More worst all of the abuses against myself_

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  Ivan G. Mendez

Address  Delaware Correctional Center 1181 Paddock Road Smyrna Delaware

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant _____ is employed as _____

_____ at _____

C. Additional Defendants _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

For all of the physicals, emotionally, verbally, psychologically, and in many other ways abuses

and discrimination that I have been victim of as all of you know it all very well detailed

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

JUSTICE FOR ALL OF THE PHYSICAL, VERBAL, EMOTIONAL, PSYCHOLOGICAL, AND IN MANY OTHER WAYS ABUSES AND DISCRIMINATION THAT I HAVE BEEN VICTIM OF, NOW THAT ONCE AGAIN SOME GOT CAUGHT ON THE VIDEO CAMERAS TAPE RECORDED FROM 11/17/03 TO 05/17/04 WHERE YOU CAN SEE IT ALL AND HEAR EVERY SINGLE WORD

Signed this _Twelve_ day of _M.M._, ~~19~~ 2005

_Ivan h. Mendez_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

05/12/05                   _Ivan h. Mendez_
Date                        ( Signature of Plaintiff)



U.S.M.S.
X-RAY

UNITED STATES DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON DELAWARE
19801-3570
U.S.A

I/M Ivan L. Mendez
SBI# 432351   UNIT SHU-1 #23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977