# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-303

TO: Ivan Mendez SBI#: 453351

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: May 27, 2005

FILED
JUN 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

*Attached are copies of your inmate account statement for the months of* November 1, 2004 *to* April 30, 2005.

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | (-9.55) |
| Dec | (-9.55) |
| Jan | (-9.55) |
| Feb | (-9.55) |
| March | (-9.55) |
| April | (-9.55) |

***Average daily balances/6 months:*** (-9.55)

*Attachments*
*CC: File*

Stacy Shane
5/27/05

Brian D Engoma

# Individual Statement - No Transactions This Month

Date Printed: 5/26/2005

## For Month of November 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |

**Current Location:** 23

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

**Ending Mth Balance:** ($9.55)

# Individual Statement - No Transactions This Month

Date Printed: 5/26/2005 

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |

**Current Location:** 23

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

**Ending Mth Balance:** ($9.55)

# Individual Statement - No Transactions This Month

Date Printed: 5/26/2005

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |
| Current Location: | 23 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

**Ending Mth Balance:** **($9.55)**

# Individual Statement - No Transactions This Month

Date Printed: 5/26/2005 

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |
| Current Location: | 23 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Ending Mth Balance: ($9.55)

# Individual Statement - No Transactions This Month

Date Printed: 5/26/2005

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |
| Current Location: | 23 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Ending Mth Balance: ($9.55)

# Individual Statement

Date Printed: 5/26/2005

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |

**Current Location:** 23 **Comments:** DST11.00/QOLP3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 4/8/2005 | $0.00 | $0.00 | ($10.18) | ($9.55) | 91884 | | DST/POSTAGE | |

**Ending Mth Balance:** ($9.55)

I/M Ivan L. Mendez
SBI# 45335 UNIT S.N.U #23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SMYRNA JUN 9 '05 DE
PB METER 6728578
U.S. POSTAGE 0.23

37 USA

US DISTRICT COURT
844 N. KING STREET LOCKBOX 18
WILMINGTON DELAWARE
19801-3570
U.S.A

S.M.S. X-RAY

19801+3519 12